1  Matthew Adams, WSBA #18820
   Jennifer E. Aragon, WSBA #45270
2  FORSBERG & UMLAUF, P.S.
   901 Fifth Avenue, Suite 1400
3  Seattle, WA  98164
   Telephone:  (206) 689-8500
4  madams@FoUm.law
   jaragon@FoUm.law
5  Attorneys for Safeco Insurance Company
   of America
6

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | | |
|---|---|---|
| 9 | ARTHUR and KIMBERLY SHAW, individually and as the marital community thereof, | No. 2:23-cv-00328 |
| 10 | | **COUNSEL'S VERIFICATION OF STATE COURT PROCEEDINGS** |
| 11 | Plaintiffs, | |
| 12 | vs. | **[REMOVED FROM SPOKANE COUNTY SUPERIOR COURT CASE NO.: 23-2-04129-32]** |
| 13 | SAFECO INSURANCE COMPANY OF AMERICA, a foreign insurance company, and wholly owned subsidiary of Liberty Mutual Group, Inc., | |
| 15 | Defendant. | |

17    I, Jennifer E. Aragon, declare as follows:

COUNSEL'S VERIFICATION OF STATE COURT PROCEEDINGS –
PAGE 1
CASE NO.  2:23-CV-00328

4881-3342-0682, v. 1

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1. I am an attorney at Forsberg & Umlauf, P.S., as counsel for defendant Safeco Insurance Company of America ("Safeco"), and make the following declaration based upon my personal knowledge.

2. Attached hereto are true and correct copies of the following pleadings and records filed in the state court action of which Safeco Insurance Company of America has knowledge:

  A) Complaint

  B) Summons

  C) Notice of Service on the Insurance Commissioner

  D) Notice of Appearance

3. In accordance with 28 U.S.C. §1446, I verify that these are true and correct copies of all records and proceedings in the possession of Safeco Insurance Company in the state court proceeding that was removed to this Court.

I declare under penalty of perjury of the law of the United States and the State of Washington that the foregoing tis true and correct to the best of my knowledge, information, and belief.

DATED this 16th day of November, 2023.

            FORSBERG & UMLAUF, P.S.

COUNSEL'S VERIFICATION OF STATE COURT PROCEEDINGS – PAGE 2
CASE NO. 2:23-CV-00328

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

4881-3342-0682, v. 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

*/s/ Jennifer E. Aragon*
Matthew S. Adams, WSBA No. 18820
Jennifer E. Aragon, WSBA No. 45270
FORSBERG & UMLAUF, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Phone: (206) 689-8500
Fax: (206) 689-8501
E-mail : madams@foum.law
   jaragon@foum.law
*Attorneys for Defendant Safeco Insurance Company of America*

COUNSEL'S VERIFICATION OF STATE COURT PROCEEDINGS – PAGE 3

CASE NO.  2:23-CV-00328

4881-3342-0682, v. 1

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing ***COUNSEL'S VERIFICATION OF STATE COURT PROCEEDINGS*** on the following individuals in the manner indicated:

Mr. Ryan Best
**BEST LAW, PLLC**
905 West Riverside, Suite 409
Spokane, WA 99201
Phone: (509) 624-4422
Email: ryan.best@bestlawspokane.com

*Attorney for Plaintiff*
(X)    Via E- Mail
(X)    Via ECF

**SIGNED** this 16th day of November, 2023, at Seattle, Washington.

*/s/ Monica L. Schwandt*
Monica L. Schwandt

COUNSEL'S VERIFICATION OF STATE COURT PROCEEDINGS – PAGE 4
CASE NO. 2:23-CV-00328

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

4881-3342-0682, v. 1