FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARTHUR and KIMBERLY SHAW, individually and as the marital community thereof,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign insurance company, and wholly owned subsidiary of Liberty Mutual Group, Inc.,<br><br>　　　　　　　　　Defendant. | NO: 2:23-CV-0328-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　BEFORE THE COURT is the parties' Stipulated Motion for Dismissal. ECF No. 16. The parties stipulate to dismiss this action, including all claims, with prejudice and without an award of attorneys' fees or costs to any party. The Court has reviewed the record and files herein and is fully informed.

　　　According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Stipulated Motion for Dismissal ECF No. 16, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without an award of attorneys' fees or costs to any party.

3. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED September 18, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2