AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 18, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ARTHUR and KIMBERLY SHAW, individually and as the marital community thereof,<br>*Plaintiff*<br>v.<br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign insurance company, and wholly owned subsidiary of Liberty Mutual Group, Inc.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 2:23-CV-0328-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Stipulated Motion for Dismissal ECF No. 16, is GRANTED. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice and without an award of attorneys' fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on parties' Stipulated Motion for Dismissal.

Date: 9/18/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz